874 A.2d 1102

FIRST PENN BANK, PLAINTIFF–RESPONDENT, v. PETER
C. ANDRESEN, DEFENDANT–PETITIONER.

May 3, 2005.

Denied.